IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY L. HERRON                                                                                           PLAINTIFF

v.                                                      4:07CV00249 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE